IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LIBERTARIAN PARTY OF TENNESSEE, )
ANTHONY WALL, GREEN PARTY OF )
TENNESSEE, KATHLEEN A. CULVER, )
CONSTITUTION PARTY OF )
TENNESSEE and JOAN CASTLE, )
                                    )
       Plaintiffs, )
                                    )
v. ) Case No. 3:08-0063
                                    ) Judge Haynes
BROOK THOMPSON, Coordinator of )
Elections for the State of Tennessee, and )
TRE HARGETT, Secretary of State for the )
State of Tennessee, )
                                    )
       Defendants. )

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants, the Coordinator of Elections for the State of Tennessee and the Secretary of State for the State of Tennessee, hereby respectfully move this Court for summary judgment in their favor as a matter of law pursuant to Fed. R. Civ. P. 56.

This motion is supported by the following exhibits which are attached hereto and incorporated herein by this reference:

       Exhibit A      Affidavit of Mark Goins

       Exhibit B      Affidavit of Brook Thompson

       Exhibit C      Affidavit of Beth Henry Robertson

| | |
|---|---|
| Exhibit D | Deposition of Anthony Wall (excerpts) |
| Exhibit E | Libertarian Party of Tennessee's Responses to Defendants' Request for Interrogatories |
| Exhibit F | Deposition of Joan Castle (excerpts) |
| Exhibit G | Constitution Party of Tennessee's Responses to Defendants' Request for Interrogatories |
| Exhibit H | Deposition of Kathleen Culver |
| Exhibit I | Green Party of Tennessee By-Laws |
| Exhibit J | Green Party of Tennessee Rules for Nominating Convention |
| Exhibit K | Green Party of Tennessee's Responses to Defendants' Request for Interrogatories |
| Exhibit L | Green Party of Tennessee's Supplemental Responses to Defendants' Request for Interrogatories |

This motion is also supported by an accompanying memorandum of law and statement of undisputed facts.

Respectfully submitted,

ROBERT E. COOPER, JR.
Attorney General and Reporter

/s/ Janet M. Kleinfelter
JANET M. KLEINFELTER (BPR 13889)
Deputy Attorney General
Public Interest Division
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202
(615) 741-7403
janet.kleinfelter@ag.tn.gov

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies on the 15th day of January 2010 that a copy of the above document has been served upon the following persons by:

__X__                                                    Electronic Case Filing (ECF) System to:

James C. Linger
1710 South Boston Avenue
Tulsa, OK 74119-4810
bostonbarristers@tulsacoxmail.com

Darrell L. Castle
3100 Walnut Grove, Suite 610
Memphis, TN 38111
Dlc2586@aol.com


/s/ Janet M. Kleinfelter
JANET M. KLEINFELTER
Deputy Attorney General