IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LIBERTARIAN PARTY OF TENNESSEE, )
ANTHONY WALL, GREEN PARTY OF )
TENNESSEE, KATHLEEN A. CULVER, )
CONSTITUTION PARTY OF )
TENNESSEE and JOAN CASTLE, )
)
    Plaintiffs, )
)
v. )    Case No. 3:08-0063
)    Judge Haynes
MARK GOINS, Coordinator of )
Elections for the State of Tennessee, and )
TRE HARGETT, Secretary of State for the )
State of Tennessee, )
)
    Defendants. )

# ATTACHMENT

# EXHIBIT J

# GREEN PARTY OF TENNESSEE RULES FOR NOMINATING CONVENTION

# I. RULES FOR GREEN PARTY OF TENNESSEE NOMINATING CONVENTION AND PRESIDENTIAL CANDIDATE ELECTION

Green Party of Tennessee (GPTN) Nominating Convention is open to the public. Only members of the Green Party of TN will be eligible to vote.

A. Eligibility of voters

    1. All Greens who have agreed to the 10 key values and provided all contact information are eligible to vote in Green Party of TN elections.

B. Elections being held include Presidential Preference and the GPTN Delegation to the Green Party of the U.S. (GPUS) National Convention.
    1. Choices on the Presidential Preference ballot will include all GPUS verified candidates as of four weeks prior to the GPTN nominating convention, uncommitted, write in, and None of the Above (NOTA).
    2. Choices on the Delegation ballot will include eligible nominees, write-in and NOTA

C. Options for Casting Ballots: Voters may chose 1 option for casting a ballot.
1. Early voting will be through mail-in ballots. Ballot may be downloaded through the GPTN website or requested through state or local party.
a. The early voting period starts 3 weeks prior to convention and ends 1 week prior to the convention. Ballots must be postmarked by end of the early voting period or hand delivered to the convention site.
b. Ballots received by mail or hand delivered to convention must have identification of voter on *sealed* envelope. Voter identification should NOT BE ON BALLOT.
c. Ballots will NOT be accepted electronically
d. Those who early vote may attend the convention but will not be allowed to cast another ballot.
2. Ballots may be cast in person at convention:
a. Ballots will be available at registration.
b. All completed ballots should be deposited in the voting box on the Coordinating Committee table.
3. Single Transferable Voting (STV) will be used on ballots and in tabulation.
4. Uncommitted and NOTA will be treated as candidates for purposes of determining voting results.

# II. RULES FOR ELECTION OF DELEGATES

A. Delegate eligibility
1. Be a member in good standing of the Green Party of Tennessee.
2. Be willing and able to attend the Green Party of the U.S. National nominating convention.

3. Agree to vote in the first round of voting at the National Convention as determined by the outcome of GPTN Presidential Preference Election results, and agree to take into account the will of the Tennessee Green voters in future rounds.
4. Have not voted and will not vote in another presidential primary during the current election cycle.

B. Election of Delegates
1. The number of delegates and alternates is determined by the Green Party National Committee.
2. Nominations for delegates will open on the first day of the Annual Meeting and close 4 weeks before the GPTN nominating convention.
3. Prospective delegates may self nominate or be nominated by others.
4. Only nominees who have agreed to serve and meet eligibility requirements will be placed on the ballot.
5. The ballot for election of delegates will be available in conjunction with the presidential candidate ballot.
6. Voting for delegates will be by Single Transferable Vote (STV).
7. To be an alternate or a delegate to the national convention candidates must be ranked on at least 15% of the ballots.
8. Alternate delegates will be selected from among the runners up, based on the results of the STV vote.

III. RULES FOR ALLOCATION OF DELEGATES TO CANDIDATES
A. Allocation of delegates will be proportional to the results of STV tally of Presidential voting, rounding if necessary using standard accounting practices.
B. Half delegate allocations will be committed to candidates if allowable by GPUS rules.
C. The number of votes necessary for a candidate to receive a delegate will be equal to the number of votes cast divided by the number of delegates allotted to Tennessee by the GPUS. Candidates that do not receive the minimum threshold for 1 delegate will not qualify for a half delegate.
D. Once a candidate receives enough votes to qualify for one whole delegate, he or she will not be eliminated in subsequent rounds of voting and may qualify for additional delegates or half delegate.