IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| LIBERTARIAN PARTY OF TENNESSEE, | ) | |
| ANTHONY WALL, GREEN PARTY OF | ) | |
| TENNESSEE, KATHLEEN A. CULVER, | ) | |
| CONSTITUTION PARTY OF TENNESSEE, | ) | |
| and JOAN CASTLE, | ) | |
| | ) | |
| ....Plaintiffs, | ) | Case No. 3: 08-0063 |
| | ) | Judge Haynes |
| v. | ) | |
| | ) | |
| BROOK THOMPSON, Coordinator of | ) | |
| Elections for the State of Tennessee; and | ) | |
| TRE HARGETT, Secretary of State | ) | |
| for the State of Tennessee, | ) | |
| ....Defendants. | ) | |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

Plaintiffs, by their Counsel, move the Court, pursuant to Rule 56(A) of the Federal Rules of Civil Procedure, for an Order directing entry of summary judgment in favor of Plaintiffs and against Defendants, Brook Thompson, Coordinator of Elections for the State of Tennessee, and Tre Hargett, Secretary of State for the State of Tennessee, on the cause of action and for the relief sought in Plaintiffs' Complaint.

This motion is made on the grounds that no genuine triable issue of material fact exists, and that Plaintiffs are entitled to judgment as a matter of law. This motion is based on the Affidavit of Richard Winger, attached hereto as Exhibit "1", and on the files and pleadings in this proceeding.

Respectfully submitted this 15th day of January, 2010.

/s/ James C. Linger
JAMES C. LINGER, OBA#5441
1710 South Boston Avenue
Tulsa, OK 74119-4810
(918) 585-2797
(918) 583-8283 Facsimile
bostonbarristers@tulsacoxmail.com

/s/ Darrell L. Castle
DARRELL L. CASTLE, OBA#6863
Darrell L. Castle & Associates
3100 Walnut Grove, Suite 610
Memphis, TN 38111
(901) 327-2100
(901) 458-9443 Facsimile
dlc2586@aol.com

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January, 2010, a true and correct copy of the

above and foregoing motion was served upon:

JANET KLEINFELTER,
Senior Counsel
Office of Tennessee Attorney General
P.O. Box 20207
Nashville, TN 37202-0207
janet.kleinfelter@state.tn.us

*Counsel for Defendants*

/s/ James C. Linger
James C. Linger, OBA No. 5441
1710 South Boston Avenue
Tulsa, OK 74119-4810
(918) 585-2797
(918) 583-8283 Facsimile
bostonbarristers@tulsacoxmail.com

Darrell L. Castle, TNB No. 6863
Darrell L. Castle & Associates
3100 Walnut Grove, Suite 610
Memphis, TN 38111
(901) 327-2100
(901) 458-9443 Facsimile
dlc2586@aol.com
*Counsel for Plaintiffs*

2