IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LIBERTARIAN PARTY OF TENNESSEE, )
ANTHONY WALL, GREEN PARTY OF )
TENNESSEE, KATHLEEN A. CULVER, )
CONSTITUTION PARTY OF TENNESSEE, )
and JOAN CASTLE, )
)
....Plaintiffs, )
)
v. ) Case No. 03: 08-0063
) Judge Haynes
MARK GOINS, Coordinator of )
Elections for the State of Tennessee; and )
TRE HARGETT, Secretary of State )
for the State of Tennessee, )
....Defendants. )

# ATTACHMENT

# PLAINTIFFS' EXHIBIT "5"

# ANTHONY WALL DEPOSITION
# NOVEMBER 13, 2009
# PAGES 8 AND 9

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE MIDDLE DISTRICT OF TENNESSEE
                          NASHVILLE DIVISION

LIBERTARIAN PARTY OF TENNESSEE;  )
ANTHONY WALL, GREEN PARTY OF     )
TENNESSEE; KATHLEEN A. CULVER,   )
CONSTITUTION PARTY OF TENNESSEE; )
and JOAN CASTLE,                 )
                                 )
          Plaintiffs,            )
                                 )
vs.                              )   Case No. 3:08-0063
                                 )      Judge Haynes
BROOK THOMPSON, Coordinator of   )
Elections for the State of       )
Tennessee; and RILEY E. DARNELL, )
Secretary of State for the       )
State of Tennessee,              )
                                 )
          Defendants.            )
                                 )
```



PLAINTIFF'S EXHIBIT 5

COPY

DEPOSITION OF:

ANTHONY WALL

Taken on Behalf of the Defendants

November 13, 2009

VOWELL & JENNINGS, INC.
Court Reporting Services
207 Washington Square Building
214 Second Avenue, North
Nashville, Tennessee  37201

```
 1   A.       Since I was 18.
 2   Q.       Since you were 18.  Have you been a registered
 3   voter -- are you a registered voter in Tennessee?
 4   A.       Yes.
 5   Q.       Have you been a registered voter in any place
 6   other than Tennessee?
 7   A.       Virginia --
 8   Q.       Virginia?
 9   A.       -- and Florida.
10   Q.       And Florida.  When were you a registered voter
11   in Florida?
12   A.       1989 to '93.
13   Q.       And what about Virginia?
14   A.       1985 to '88.
15   Q.       And I'm assuming that Stone Cross is in the
16   Tennessee portion of --
17   A.       That's correct.  Yes.  And, also, when -- I
18   was registered back in Virginia from 1994 to '97, and
19   then in Tennessee from '98 to present.
20   Q.       Okay.  Mr. Wall, are you a member of the
21   Libertarian Party of Tennessee?
22   A.       Yes.
23   Q.       Okay.  And do you know when the Libertarian
24   Party of Tennessee was first established?
25   A.       The Libertarian National Party was established
```

1   in 1971.  I'm not sure of the date that the actual
2   Libertarian Party of Tennessee was -- was formally
3   founded.
4   Q.      And it's my understanding those are two
5   separate entities; is that correct?
6   A.      That is correct.
7   Q.      Okay.  And if you don't mind, I'm not going to
8   refer to it as the Libertarian Party of Tennessee --
9   A.      Okay.
10  Q.      -- because it's going to take forever if I do
11  that.  So if we just refer to it as the "Libertarian
12  Party," I'm referring to the state party and not the
13  national party.
14  A.      That's fine.
15  Q.      And how long have you been a member of the
16  Libertarian Party?
17  A.      Since 1999.
18  Q.      And how did you get involved with the
19  Libertarian Party?
20  A.      I became politically active and found -- met
21  someone in the Libertarian Party and began doing some
22  research.
23  Q.      You said you became "politically active."
24  What do you mean by that?  Did you get involved in a
25  political campaign, or . . .

was involved in a lawsuit in 1977 in which they challenged the constitutionality of the statutes in question, and that was -- actually, in 1976, and the Tennessee Supreme Court ultimately upheld the constitutionality of the statutes in question in 1977. To your knowledge, has the law changed since 1977?

A.  I do not know the answer to that.

Q.  Well, at the time, the Tennessee Supreme Court held that the petition requirements were constitutional, and -- but your testimony is that the Libertarian Party made no attempt, after that court decision, to comply with the petition requirements.

A.  Yes, that's correct. And my knowledge extends to 1999, but I am unaware of any attempts prior to that.

Q.  Okay. Now, you have indicated that in instead of complying -- or attempting to comply with the petition requirements, instead you've attempted to make legislative changes; is that correct?

A.  Yes, that is.

Q.  And that your first attempt was in 2000?

A.  That is correct.

Q.  Now, you've indicated that you were -- only became a member of the Party in 1999. Do you have any knowledge of legislative attempts that were made prior

1    to that time?
2    A.      I do not.
3    Q.      You state, in 2000, the Libertarian Party got
4    Senate Bill 2149 and House Bill 2549 introduced. Who
5    prepared those bills?
6    A.      Richard Winger, along with the leadership of
7    our party at the time, and I'm sure some help from the
8    legislators and their staff who sponsored the bills
9    for us.
10   Q.      And who were the legislators that sponsored
11   those bills?
12   A.      I do not recall.
13   Q.      Did you have any involvement with the drafting
14   of the bills?
15   A.      No, I did not.
16   Q.      Did you have any involvement in getting the
17   bills introduced by the legislators?
18   A.      Other than -- other than activism, phone
19   calls, e-mails, faxes, once they were in -- introduced
20   and in committee, no. I was involved with the bill
21   in 2007.
22   Q.      Okay. We'll get to that in just a second.
23   A.      Okay.
24   Q.      So in 2001, you indicated that the Party had
25   Senate Bill 1713 and House Bill 1805 introduced. Do

```
 1    you know who prepared those bills?
 2    A.      No.
 3    Q.      Do you know who the legislators were that
 4    introduced them?
 5    A.      I do not recall.
 6    Q.      Did you have any involvement in the drafting
 7    of those bills?
 8    A.      No.
 9    Q.      Now, you indicate that the 2001 bills were
10    just like the 2000 bills.  But the 2000 bill is one
11    that allowed you -- you state here, it says that, it
12    only applied to candidates representing groups that
13    had polled at least 5,000 votes for president in 1996,
14    and then after 2000, it would only apply to groups
15    that have polled 5 percent for president in 2000.
16            I want to make sure I understand.  The bill
17    that was introduced in 2001, did it look like the bill
18    that had -- as it was originally introduced, or did it
19    look like the bill that was ultimately passed by the
20    legislature?
21    A.      I don't know the answer to that.
22    Q.      Okay.  And other than the fact that the bills
23    weren't passed, you don't have any knowledge of what
24    happened in the legislative process?
25    A.      None of those bills made it out of committee.
```

```
 1  Q.      And which committee?
 2  A.      I believe that they were killed in the House
 3  subcommittee, state and local government.
 4  Q.      All right. Now, you didn't introduce any
 5  bills again until 2004. What happened in 2002
 6  and 2003?
 7  A.      Those are off election years, and, if my
 8  memory serves me correctly, we just made an effort
 9  during the presidential election year. Because there
10  are no elections in 2003, we just made the effort
11  in 2004 to attempt to get our presidential candidate
12  back on the ballot.
13  Q.      So you had Senate Bill 3233 and House
14  Bill 3043 introduced. Do you know who prepared those
15  bills?
16  A.      All the -- those bills were very similar to
17  all the other bills. And, you know, Richard Winger,
18  along with our current -- the current leadership of
19  the state party at the time, prepared those bills and
20  helped get them sponsored.
21  Q.      Do you know who the legislators were that
22  introduced them?
23  A.      I do not.
24  Q.      And again, did you have any involvement in the
25  drafting of those bills?
```

```
 1   A.      No, I did not.
 2   Q.      Did you have any involvement in their
 3   introduction?
 4   A.      No.
 5   Q.      Did you have any involvement in the
 6   legislative process once they were introduced?
 7   A.      Other than calling and begging, no.
 8   Q.      Were you ever asked to come testify before a
 9   subcommittee or a committee?
10   A.      No, I have not (sic).
11   Q.      Were you ever asked to provide any
12   information?
13   A.      No.
14   Q.      Did the Libertarian Party have a -- either a
15   registered lobbyist or utilize a volunteer lobbyist?
16   A.      No.
17   Q.      Then it says in 2005, you had Senate Bill 1327
18   and House Bill 1776 introduced. Now, 2005 is an off
19   election year -- there are no elections that occur in
20   that year -- so why did you choose to go forward that
21   year but not in 2003?
22   A.      I think that it was just a party momentum, an
23   item to try to help spawn more activism within our
24   party and get -- you know, get people more active in
25   the process to try to get a bill pushed through.
```

1  Q.      And do you know who drafted those bills?
2  A.      I'm sure that it's the same, it would be
3  Richard Winger and our current existing leadership at
4  the time.
5  Q.      Did you have any involvement in the drafting
6  of the bills?
7  A.      Not of that bill, no.
8  Q.      And do you know who they were introduced by?
9  A.      I believe those bills were introduced by
10 Senator Tim Burchett and Representative Donna Rowland
11 in 2005.  And they may have introduced the earlier
12 bills, as well.
13 Q.      Did you have any involvement in getting the
14 introduction of the bills?
15 A.      No.
16 Q.      And did you have any involvement once -- in
17 the legislative process once they were introduced?
18 A.      No.
19 Q.      Did either of the sponsors ever request any
20 information from you?
21 A.      No.
22 Q.      Did you ever provide any information to the
23 sponsors?
24 A.      No.
25 Q.      All right.  And then in 2007, it says you

Case 3:08-cv-00063    Document 38-5    Filed 02/16/10    Page 10 of 14 PageID #: 531

1   introduced a different bill, Senate Bill 288 and House
2   Bill 626?
3   A.      Yes.
4   Q.      That provided for two tiers of qualified
5   parties?
6   A.      Yes, that's correct.
7   Q.      Can you give me a little bit -- first of all,
8   who prepared those bills, do you know?
9   A.      Richard Winger, with input from myself and our
10  former -- the former chair at the time, as well.
11  Q.      So at this time, you were involved in the
12  drafting of the bills?
13  A.      Yes.
14  Q.      Can you be a little bit more specific about
15  what those bills provided?
16  A.      The bill in 2007 establishes a minority party
17  status, which enables parties, such as all the
18  plaintiffs in this case, a means with which to obtain
19  ballot access without having to meet all of the
20  requirements of the two major political parties.  The
21  bill required us to get 2,500 signatures of registered
22  voters within a certain time frame and submit them
23  within a certain time frame and the provision for us
24  to be able to nominate our candidates for those
25  offices at our convention.  And in order to maintain

1  the ballot for a period of two years, we just needed
2  to poll 1 percent in one of the individual races that
3  were noted in the election code, which was Governor,
4  Senate, Congress, or State House.
5  Q.     Do you have copies of those bills?
6  A.     Yes, absolutely do.  (Provides document.)
7          MS. KLEINFELTER:  This is a copy of
8  Senate Bill 288.  I'd like to make this Exhibit 2 to
9  the deposition, if no objection.
10         MR. LINGER:  No objection.  Can we have
11 copies made later?
12         MS. KLEINFELTER:  Yes.  In fact, I
13 believe these should have been provided in response to
14 the request for documents.
15         MR. LINGER:  I didn't have them.
16         (Marked Exhibit No. 2.)
17 BY MS. KLEINFELTER:
18 Q.     Now, I'm assuming that the House Bill 626, is
19 it the same as the Senate Bill?
20 A.     Yes.
21 Q.     Were there any amendments made to either of
22 the bills?
23 A.     I don't believe so.  I believe there
24 were . . .
25 Q.     Were you involved in the legislative process

Case 3:08-cv-00063    Document 38-5    Filed 02/16/10    Page 12 of 14 PageID #: 533

```
 1  once these bills were introduced?
 2  A.      Yes, I was.
 3  Q.      And tell me about your involvement.
 4  A.      I had occasional conversation with Senator
 5  Burchett.  He happened to be in the subcommittee in
 6  the Senate that was hearing the bill, so I had several
 7  phone calls -- phone conversations with him during the
 8  scheduling.
 9  Q.      Did you provide any information to Mr. -- I
10  mean, to Senator Burchett or to any other legislator?
11  A.      No.
12  Q.      Do you know if Mr. Winger ever provided any
13  information to Senator Burchett or other -- or any
14  other legislator?
15  A.      I don't know.
16  Q.      And these conversations that you had with
17  Senator Burchett, what were those -- the gist of the
18  conversations?
19  A.      Just informational about scheduling --
20  committee schedules.
21  Q.      And do you know what happened to the bills, I
22  mean, other -- I know that they weren't passed,
23  but . . .
24  A.      We actually -- when this bill was in the
25  Senate committee, one of our local members was in
```

```
 1    attendance.  And the bill failed for lack of a second,
 2    and the vote was four to four.  And we didn't have a
 3    fifth vote, so no one would second the bill.
 4    Q.      In the Senate --
 5    A.      In the Senate subcommittee, and I don't recall
 6    what committee that was.
 7    Q.      And do you know what happened in the House?
 8    A.      It was -- it was just washed under the rug
 9    because it failed in the Senate.
10    Q.      Okay.  Did you introduce any legislation
11    in 2008?
12    A.      No.  We have -- this is this last piece of
13    legislation that we have asked to be introduced.
14    Q.      And why didn't you introduce any legislation
15    in 2008?  Because that was an election year?
16    A.      It was because we filed -- we filed suit
17    against -- so we opted not to -- not to ask.
18    Q.      I just want to make sure I'm clear on this:
19    All the information that you have provided in your
20    expert's report about where the Libertarian Party has
21    gained statewide recognition on the ballot and other
22    states, and all the information that you provided
23    about what it takes to gain that statewide recognition
24    in other states, none of this information was provided
25    to any of the legislators; is that correct, to your
```