IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

LIBERTARIAN PARTY OF TENNESSEE, )
ANTHONY WALL, GREEN PARTY OF )
TENNESSEE, KATHLEEN A. CULVER, )
CONSTITUTION PARTY OF )
TENNESSEE and JOAN CASTLE, )
)
    Plaintiffs, )
)
v. ) Case No. 3:08-0063
) Judge Haynes
MARK GOINS, Coordinator of )
Elections for the State of Tennessee, and )
TRE HARGETT, Secretary of State for the )
State of Tennessee, )
)
    Defendants. )

# EXHIBIT A

# TO

# DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

**Deposition of Joan Castle**
**pp. 8-11, 16**

```
 1   A.        Alabama.
 2   Q.        When were you registered in Alabama?
 3   A.        From 19- -- well, I was 18 -- 1970 until 1977.
 4   Q.        Are you currently registered in Shelby County,
 5   Tennessee?
 6   A.        Yes, I am.
 7   Q.        You've had a lot of elections down there
 8   lately?
 9   A.        We have, interesting ones.
10   Q.        Are you a member of the Constitution Party?
11   A.        Yes, I am.
12   Q.        Do you know when the Constitution Party was
13   first established in Tennessee?
14   A.        In Tennessee, 1992.
15   Q.        Do you know when the National Party was first
16   established?
17   A.        1992.
18   Q.        Who established the Constitution Party in
19   Tennessee?
20   A.        Darrell Castle and Joan Castle.
21   Q.        Do you know who established the National
22   Party?
23   A.        Howard Phillips.
24   Q.        So I assume you have been a member since 1992?
25   A.        I have, yes.
```

1  Q.      Have you had any positions or offices with the
2  Constitution Party?
3  A.      Yes.
4  Q.      Can you tell me what those were and when you
5  held them?
6  A.      The chairmanship since 19- -- it was 1996
7  until -- I can't remember my dates.  In 2004, I became
8  chairman.  I've been chairman ever since, until March
9  of 2008, when I left the position in order to work
10 with my husband during his campaign as vice president.
11 Q.      Who is currently the chair of the Constitution
12 Party?
13 A.      Jim Headings.
14 Q.      Could you spell that last name, please.
15 A.      H-E-A-D-I-N-G-S.
16 Q.      Where is Mr. Headings located?
17 A.      He's in a little town -- I don't remember.  I
18 don't have that.
19 Q.      Is it East Tennessee, Middle Tennessee, West
20 Tennessee?
21 A.      Near Chattanooga, near Cleveland.
22 Q.      And is chair the only position that you've
23 held?
24 A.      Well, I'm currently vice chair.
25 Q.      When you became chair in 2004, was that an

```
 1  elected position or appointed position?
 2  A.      It was appointed.
 3  Q.      And who appointed you?
 4  A.      Darrell.
 5  Q.      And what was Mr. Castle's position at the
 6  time?
 7  A.      Chairman.
 8  Q.      How long had he been the chair?
 9  A.      Since '92, about eight years.
10  Q.      And then when Mr. Headings became chair --
11  when did he become the chair?
12  A.      March of 2008.
13  Q.      Was that an elected or appointed --
14  A.      That was elected.
15  Q.      He was elected?
16  A.      Well, when I left, he automatically, as vice
17  chairman, took my position.
18  Q.      He was the vice chair.  Was he elected or
19  appointed vice chair?
20  A.      Elected.
21  Q.      When was he elected vice chair?
22  A.      2006.
23  Q.      And you indicated that you're currently
24  serving as vice chair.  Is that elected or appointed?
25  A.      I guess appointed.
```

```
 1   Q.       And when were you appointed the vice chair?
 2   A.       March 2008.
 3   Q.       So basically you and Mr. Headings just traded
 4   jobs.
 5            And when Mr. Headings was elected in 2006, who
 6   elected him?
 7   A.       A group of people who met in Nashville.
 8   Q.       And who -- can you give me more information
 9   about the group of people?
10   A.       Just people from all over Tennessee that were
11   interested in coming to the meeting.  They were --
12   they considered themselves to be Constitutional (sic)
13   Party people.
14   Q.       So considered themselves to be members of the
15   party or . . .
16   A.       Yes.
17   Q.       And was this at a regular meeting of the
18   Constitution Party?
19   A.       We don't have regular meetings.  It was just a
20   called meeting.
21   Q.       Who called the meeting?
22   A.       I did.
23   Q.       Can you just give me a description of what
24   your duties, responsibilities were as the chair?
25   A.       Pretty much everything that the organization
```

MS. KLEINFELTER:  Certainly.

                    THE WITNESS:  You had asked me a question
about when I became chairman, and the date is wrong.
It was the year 2000.

                    MS. KLEINFELTER:  Okay.

            Then if there's no objection, I would
like to have them introduced as Exhibit 1.

                    MR. LINGER:  No objection.

            (Marked Exhibit No. 1.)

BY MS. KLEINFELTER:

Q.      And Ms. Castle, you executed a verification of
these answers on June 18th, 2008?

A.      Yes.

Q.      Stating that -- to your knowledge, that they
were true, correct and complete.  Now, we've already
gone over -- and I understand that there's probably
some updating that needs to be done with respect to
your answers to Questions 4 and 5 as a result of the
2008 election.  So discounting Questions 4 and 5, is
there anything else in these interrogatories --
answers to the interrogatories that needs to be
changed or updated or corrected?  And take a minute to
look through them.

A.      I've been studying it.

Q.      And again, we're excepting out Questions 4 and

Case 3:08-cv-00063    Document 39-1    Filed 03/01/10    Page 6 of 6 PageID #: 558